183

Bessie Degnan  
  vs.        } W.C.A.Pet.No.113  
Walter A. Nye et al  
June 14, 1918

TANNER, P. J. We think the petition comes under the doctrine of Epstathion vs. Costello* and we will follow the rule there adopted and grant computation for three-quarters of total disability.

For Petitioner: Cushing, Carroll & McCartin.

For Respondents: Albert B. West.

*See page 76, Rescript of Tanner, P. J., January 18, 1918, Pet. 153.

---

184

Baglidasar Semonian  
      vs.        } No.40863  
John Panoras  
June 14, 1918

DORAN, J. The strongest fact against the verdict is the improbability that plaintiff, a poor man, would leave accruing and uncollected a board bill for nearly three years, until it amounted to about $1200, as plaintiff says, or $588 as the jury say. The evidence and argument (by suggestion) also indicate that plaintiff may have claimed that he had ground for hatred and revenge against defendant. The alleged cause of this, if believed by the jury, was one likely to prejudice them, but there is no way by which I can demonstrate the existence or absence of such prejudice. The jury heard both sides and say they believe that the board, &c., were not paid for. I cannot find sufficient reason to disturb the finding.

Motion for new trial denied.

For Plaintiff: Cooney & Cahill.

For Defendant: Greene & Rousseau.